■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DUNCAN, Appellant.— Judgments of conviction unanimously affirmed. Memorandum: The affirmance of the judgment of conviction for attempted escape

from prison is without prejudice to the right of the defendant to raise the question of promises to him by the District Attorney in a *coram nobis* proceeding. (Appeal from judgments of Monroe County Court convicting defendant of the crimes of grand larceny, first degree, and attempted escape.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.